**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| BORIS MUDD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. |
| | ) |
| CITY OF FORT WAYNE, | ) |
| FORT WAYNE POLICE DEPARTMENT, | ) |
| JASON FUHRMAN, | ) |
| KAREN RICHARDS, | ) |
| FRAN GULL, and | ) |
| SHERIFF DAVID J. GLADIEUX, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

The defendants, the City of Fort Wayne, Fort Wayne Police Department, and Jason Fuhrman, by counsel, and pursuant to 28 U.S.C. §§1441 and 1446, hereby file their "Notice of Removal".

In support of the "Notice of Removal", these defendants state:

1.      On May 5, 2016, an action was commenced by Boris Mudd, plaintiff, against defendants the City of Fort Wayne, Fort Wayne Police Department, Jason Fuhrman, Karen Richards, Fran Gull, and Sheriff David J. Gladieux in the Allen Superior Court.  The case was assigned a Cause Number of 02D03-1605-CT-234.  The defendant the Fort Wayne Police Department received a copy of the Summons and Complaint on or about June 7, 2016.  A copy of the Complaint and Summons are attached as Exhibits "A" and "B".

2.      On June 8, 2016, attorney Carolyn M. Trier filed her written Appearance on behalf of the defendants the City of Fort Wayne, the Fort Wayne Police Department, and Jason Fuhrman.  A copy of defense counsel's written Appearance is attached as Exhibit "C".

3.      A copy of the Chronological Case Summary (or docket sheet) for the Allen Superior Court, Cause No. 02D03-1605-CT-234 is attached as Exhibit "D".

4.      This lawsuit is one over which this Federal District Court has original jurisdiction under the provisions of 28 U.S.C. §1331 ("Federal Question" Jurisdiction) and is one which may be removed to this Court by the defendants pursuant to 28 U.S.C. §§1441 and 1446 (since it is a civil action arising under the Constitution, Laws, or Treaties of the United States).

5.      The plaintiff is claiming First, Fourth, and Fourteenth Amendment violations under the United States Constitution (Complaint, para. 1). The plaintiff is claiming that his Civil Rights, as well as his Constitutional Rights, were violated.  The plaintiff is claiming unreasonable search and seizure in violation of his Fourth Amendment rights, false imprisonment , mental anguish, deprivation of his right to equal protection, economic damage including liberty and damage to his reputation, physical pain and suffering and psychiatric injury, excessive force, and malicious prosecution.

6.      Upon filing this "Notice of Removal", the defendants the City of Fort Wayne, Fort Wayne Police Department, and Jason Fuhrman have paid the required filing fee of Four Hundred Dollars and No Cents ($400.00).

7.      The defendants the City of Fort Wayne, Fort Wayne Police Department, and Jason Fuhrman are represented by Attorney Carolyn M. Trier.  Karen Richards and Fran Gull are represented by Attorneys David Dickmeyer and Nikki Ashmore. Sheriff David Gladieux is represented by Attorneys Spencer Feighner and John Feighner.  This is the "Notice of Removal"

2

of the City of Fort Wayne, Fort Wayne Police Department, and Jason Fuhrman.  Attorney Trier's office has contacted the attorneys for the other defendants, and they have no objection to the removal of this case to Federal District Court.

8.    This "Notice of Removal" is timely filed in Federal District Court (as such filing is made within 30 days after receipt of the initial pleading/summons by the first-served defendant).

WHEREFORE, the defendants, the City of Fort Wayne, Fort Wayne Police Department, and Jason Fuhrman, respectfully request that the action now pending against the City of Fort Wayne, Fort Wayne Police Department, and Jason Fuhrman, Karen Richards, Fran Gull, and Sheriff David J. Gladieux in the Allen Superior Court, Fort Wayne, Indiana (under Cause No. 02D03-1605-CT-234), be removed therefrom to this Court.

Respectfully submitted,

**TRIER LAW OFFICE**


s/Carolyn M. Trier
Carolyn M. Trier, Esq. #15581-02
P.O. Box 5528
Fort Wayne, IN   46895
Telephone:  (260) 485-7000
Fax:  (260) 485-7003
E-mail: carolyntrier@trierlaw.com
ATTORNEY FOR DEFENDANTS
THE CITY OF FORT WAYNE, FORT WAYNE
POLICE DEPARTMENT, AND JASON
FUHRMAN

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June, 2016, a true and correct copy of the foregoing document was served to all counsel of record herein as follows:

Boris Mudd
4034 South Hanna
Fort Wayne, IN 46806
*Via U.S. Mail*

David C. Dickmeyer
Nikki G. Ashmore
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
*Attorneys for Karen Richards and Fran Gull*
*Via U.S. Mail*

J. Spencer Feighner
John O. Feighner
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802
*Attorneys for Sheriff David Gladieux*
*Via U.S. Mail*

s/Carolyn M. Trier
Carolyn M. Trier

4